```
 1
 2
 3
 4
 5
 6
 7
```

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FEDERATION OF TELUGU ASSOCIATIONS OF SOUTHERN CALIFORNIA, a California corporation,<br><br>           Plaintiff,<br><br>      v.<br><br>TELUGU ASSOCIATION OF SOUTHERN CALIFORNIA, a California corporation,<br><br>           Defendant. | CV 14-01278 RSWL (ASx)<br><br>**ORDER TO SHOW CAUSE RE: DEFENDANT'S FAILURE TO COMPLY WITH THIS COURT'S PREVIOUS ORDER** |

On September 29, 2015, this Court granted Defendant's Counsel Wolk & Levine, LLP's ("Counsel") Motion for Leave to Withdraw as Counsel for Defendant Telugu Association of Southern California [123]. In its Order, this Court granted Counsel's request to withdraw as counsel for Defendant and, in doing so, required that Defendant obtain permanent counsel within thirty days of the Court's order, by October 29, 2015.

Defendant has failed to file any proof with this Court that it has obtained permanent counsel, and the

time allotted to do so has since expired. Defendant is hereby ordered to show cause as to why it has not complied with this Court's previous Order [123]. Defendant is advised and cautioned that it has until December 15, 2015, to provide this Court with proof of permanent counsel. A failure to respond may lead to the imposition of sanctions, including placing Defendant in default.

**IT IS SO ORDERED.**

DATED: December 3, 2015      s/ RONALD S.W. LEW
                             **Honorable Ronald S.W. Lew**
                             Senior U.S. District Judge